PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Case No. 09-42910 EDJ

**DENNIS LOUIS BAMMER**,                      Chapter 13

        Debtor.                       DECLARATION OF DEBTOR IN
                                              SUPPORT OF DEBTOR'S MOTION TO
                                              VALUE LIEN
_____/

I, Dennis Bammer, declare:

    1. I am the debtor in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on April 9, 2009, I was the owner of the real property located at 1509 Coleridge Way, Discovery Bay, CA 94505 (the "property").

    4. On March 20, 2009, I had the property appraised by Steven Urenda of Urenda Appraisal Services. A copy of the appraisal, which reflects a fair market value of $305,000.00, is attached hereto as Exhibit A and made a part hereof.

    5. The property is encumbered by a First Deed of Trust in favor of BAC Home Loans Servicing fka Countrywide Home Loans in the sum of

Page 1 of 2

Case: 09-42910   Doc# 40-2   Filed: 08/19/10   Entered: 08/19/10 14:46:03   Page 1 of 2

$457,245.46, as evidenced by its proof of claim filed on April 13, 2010, a copy of which is attached as Exhibit B and made a part hereof.

6. Real Time Resolutions as transferee of BAC Home Loans Servicing as successor to Countrywide Home Loans is the beneficiary of a Second Deed of Trust.  A copy of the transfer of claim filed on December 17, 2009 is attached as Exhibit C and made a part hereof. The Second Deed of Trust against the property is in the sum of $125,512.33, as evidenced by the proof of claim filed on May 1, 2009, a copy of which is attached as Exhibit D and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 16, 2010 /s/ Dennis Bammer
DENNIS BAMMER