```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-42910 EDJ |
| **DENNIS LOUIS BAMMER,** | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On August 17, 2010 I served the within;

**Motion to Value Security of Real Time Resolutions as transferee of BAC Home Loans Servicing as successor to Countrywide Home Loans under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtor's Motion to Value Lien; Declaration of Debtor in Support of Debtor's Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage paid, in the United States Mail at Davis, CA addressed as follows:

Attn: Officer
Bank of America, National Association
101 S. Tryon
Charlotte, NC 28202
/
/
/
/

Page 1 of 3

Case: 09-42910   Doc# 40-7   Filed: 08/19/10   Entered: 08/19/10 14:46:03   Page 1 of 3

| | |
|---|---|
| 1 | Attn: Officer<br>Bank of America, National Association |
| 2 | C/o CT Corporation System |
| 3 | 818 West Seventh St.<br>Los Angeles, CA 90017 |
| 4 | |
| 5 | and on the below-named in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Davis, CA addressed as follows: |
| 6 | |
| 7 | Attn: Officer<br>BAC Home Loans Servicing, LP fka<br>Countrywide Home Loans Servicing, LP |
| 8 | Bankruptcy Department<br>7105 Corporate Drive |
| 9 | Mail Stop PTX-C-35<br>Plano, TX 75024 |
| 10 | |
| 11 | Attn: Officer<br>BAC Home Loans Servicing, LP |
| 12 | 4500 Park Granada<br>Calabasas, CA 91302 |
| 13 | |
| 14 | Attn: Officer<br>BAC Home Loans Servicing, LP<br>C/o CT Corporation System |
| 15 | 818 West Seventh St.<br>Los Angeles, CA 90017 |
| 16 | |
| 17 | Attn: Officer<br>Real Time Resolutions, Inc. |
| 18 | 1750 Regal Row, Suite 120<br>P.O. Box 36655<br>Dallas, TX 75235 |
| 19 | |
| 20 | Attn: Officer<br>Real Time Resolutions, Inc. |
| 21 | C/o CT Corporation System<br>818 West Seventh St. |
| 22 | Los Angeles, CA 90017 |
| 23 | Attn: Mark T. Domeyer<br>BAC Home Loans Servicing, LP |
| 24 | C/o Miles, Bauer, Bergstrom & Winters, LLP |
| 25 | 1231 E. Dyer Road<br>Suite 100 |
| 26 | Santa Ana, CA 92705 |

Attn: Ramesh Singh
GE Money Bank
C/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Attn: Officer
Countrywide Home Loans Servicing, LP
C/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 17, 2010           /s/ Anne Y. Shiau
                                            ANNE Y. SHIAU