**Entered on Docket
October 17, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 14, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-42910 EDJ |
| **DENNIS LOUIS BAMMER,** | Chapter 13 |
| Debtor. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served a Motion to Modify Chapter 13 Plan on September 20, 2011, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Commencing September 2011, debtor will pay $462.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

\*\*END OF ORDER\*\*

Page 1 of 2

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **Attorneys for Debtor** |
|   | Patrick L. Forte, Esq. |
| 3 | Anne Y. Shiau |
|   | One Kaiser Plaza, #480 |
| 4 | Oakland, CA 94612 |
| 5 | |
|   | U.S. Trustee |
| 6 | 1301 Clay Street, #690N |
|   | Oakland, CA  94612 |
| 7 | |
| 8 | **Chapter 13 Trustee** |
|   | Martha Bronitsky |
| 9 | Trustee |
|   | P.O. Box 5004 |
| 10 | Hayward, CA  94540 |
| 11 | **Debtor** |
|   | Dennis Louis Bammer |
| 12 | 1509 Coleridge Way |
|   | Discovery Bay, CA 94505 |